DONALD CHRISTISON, Respondent, v. DOLORITA F. WALLACE, Appellant.—

**1002**

Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.